■ EDITH M. LYNDAKER et al., Respondents, v SHERWIN WILLIAMS, INC., et al., Defendants, and VILLAGE OF LOWVILLE, Appellant. (Appeal No. 2.) Present— Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.

■ TRAVELERS INSURANCE COMPANY, Respondent, v MARIO TRIPOLINE et al., Appellants, et al., Defendants. (And A Third-Party Action.) Present— Doerr, J. P., Denman, Boomer, Pine and Davis, JJ.